IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BETTY SHINN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-0444-CG-N |
| ) | |
| CITY OF MOBILE, ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

In accordance with the court's memorandum opinion and order entered this date, it is

**ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant City of Mobile, and against plaintiff, Betty Shinn. Therefore, all plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 19th day of February, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE